1  THOMAS P. O'BRIEN
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS D. COKER [SBN 136820]
4  Assistant United States Attorney
      Room 7211, Federal Building
5     300 N. Los Angeles Street
      Los Angeles, California  90012
6     Telephone:  (213) 894-2454
      Facsimile:  (213) 894-0115
7  e-mail: thomas.coker@usdoj.gov

8  Attorneys for the United States of America,
   Petitioner
9

10                 UNITED STATES DISTRICT COURT

11               CENTRAL DISTRICT OF CALIFORNIA

12                      WESTERN DIVISION

13  UNITED STATES OF AMERICA,        ) Case No. CV 08-01849-ABC(Ex)
                                     )
14          Petitioner,              )
                                     ) ORDER TO SHOW CAUSE
15      v.                           )
                                     )
16  SUSAN HAYES, trustee of LaSalle  )
    Irrevocable Trust,               )
17                                   )
            Respondent.              )
18  _____

19
        Upon the Petition and supporting Memorandum of Points and
20
    Authorities, and the supporting Declaration to the Petition, the
21
    Court finds that Petitioner has established its *prima facie* case
22
    for judicial enforcement of the subject Internal Revenue Service
23
    ("IRS" and "Service") summons.  *See* United States v. Powell,
24
    379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964);
25
    *see also*, Crystal v. United States, 172 F.3d 1141, 1143-1144
26
    (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327
27
    (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120
28

1  (9th Cir. 1995) (the Government's *prima facie* case is typically

2  made through the sworn declaration of the IRS agent who issued

3  the summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232,

4  233 (9th Cir. 1993).

5      Therefore, **IT IS ORDERED** that Respondent appear before this

6  District Court of the United States for the Central District of

7  California, in Courtroom No. 680,

8  ☐ United States Courthouse
   312 North Spring Street, Los Angeles, California, 90012

9

10 **X** Roybal Federal Building and United States Courthouse
      255 E. Temple Street, Los Angeles, California, 90012

11

12 ☐ Ronald Reagan Federal Building and United States Courthouse
      411 West Fourth Street, Santa Ana, California, 92701

13

14 ☐ Brown Federal Building and United States Courthouse
      3470 Twelfth Street, Riverside, California, 92501

15

16 ☐ _____

17

18 on **Monday, April 28** , 2008, at **10:00** a.m.,

19 and show cause why the testimony and production of books, papers,

20 records, and other data demanded in the subject Internal Revenue

21 Service summons should not be compelled.

22      **IT IS FURTHER ORDERED** that copies of this Order, the

23 Petition, Memorandum of Points and Authorities, and accompanying

24 Declaration be served promptly upon Respondent by any employee of

25 the Internal Revenue Service or the United States Attorney's

26 Office, by personal delivery or by certified mail.

27      **IT IS FURTHER ORDERED** that within ten (10) days after

28 service upon Respondent of the herein described documents,

1  Respondent shall file and serve a written response, supported by

2  appropriate sworn statements, as well as any desired motions.

3  If, prior to the return date of this Order, Respondent files a

4  response with the Court stating that Respondent does not desire to

5  oppose the relief sought in the Petition, nor wish to make an

6  appearance, then the appearance of Respondent at any hearing

7  pursuant to this Order to Show Cause is excused, and Respondent

8  shall be deemed to have complied with the requirements of this

9  Order.

10       **IT IS FURTHER ORDERED** that all motions and issues raised by

11  the pleadings will be considered on the return date of this Order.

12  Only those issues raised by motion or brought into controversy by

13  the responsive pleadings and supported by sworn statements filed

14  within ten (10) days after service of the herein described

15  documents will be considered by the Court.  All allegations in the

16  Petition not contested by such responsive pleadings or by sworn

17  statements will be deemed admitted.

18

19  DATED: March 27, 2008                  _____
                                           AUDREY COLLINS
20                                         UNITED STATES DISTRICT JUDGE

    Presented By:
21

    THOMAS P. O'BRIEN
22  United States Attorney
    SANDRA R. BROWN
23  Assistant United States Attorney
    Chief, Tax Division
24
          /s/
       _____
25  THOMAS D. COKER
    Assistant United States Attorney
26

27

28